Jacob B. Lee
Nevada Bar No. 012428
Ashlee B. Hesman
Nevada Bar No. 012740
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
jlee@strucklove.com
ahesman@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
gwinspear@dennettwinspear.com

Attorneys for Defendant CoreCivic, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kathleen Bliss, on behalf of herself, the Proposed Nationwide Rule 23 Class, and the Proposed Nevada Subclass,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic, Inc.,<br><br>Defendant. | Case No. 2:18-cv-01280-JAD-GWF<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

  Plaintiff, Kathleen Bliss ("Plaintiff"), and Defendant, CoreCivic, Inc. ("CoreCivic"), through counsel, stipulate pursuant to LR IA 6-1 and LR 7-1 that CoreCivic shall have up to and including September 14, 2018 to file and serve its response to Plaintiff's Complaint, which was filed on July 12, 2018 (Doc. 1), and served on CoreCivic via process server on July 27, 2018. CoreCivic's response to Plaintiff's Complaint is currently due on or before August 17, 2018. The extension is necessary due to CoreCivic's counsel's recent vacation schedules and upcoming trial and deposition schedules. This is the first stipulation for extension of time to respond to Plaintiff's Complaint.

DATED this 8th day of August 2018.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Jacob B. Lee
 Jacob B. Lee
 Ashlee B. Hesman
 3100 West Ray Road, Suite 300
 Chandler, AZ 85226
 jlee@strucklove.com
 ahesman@strucklove.com

 Gina G. Winspear
 DENNETT WINSPEAR
 3301 North Buffalo Dr., Suite 195
 Las Vegas, NV 89129
 gwinspear@dennettwinspear.com

 Attorneys for Defendant CoreCivic, Inc.

/ / /

/ / /

NICHOLS KASTER, PLLP

By /s/ Anna P. Prakash
   Anna P. Prakash
   Matthew H. Morgan
   4600 IDS Center
   80 South Eighth Street
   Minneapolis, MN 55402
   aprakash@nka.com
   morgan@nka.com

Lance D. Sandage
SANDAGE LAW, LLC
1600 Genessee Street, Suite 655
Kansas City, MO 64102
lance@sandagelaw.com

Paul S. Padda
Joshua Y. Ang
PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, NV 89103
psp@paulpaddalaw.com
ja@paulpaddalaw.com

Joseph K. Eischens
THE LAW OFFICE OF JOSEPH K. EISCHENS
1321 Burlington Street, Suite 202
North Kansas City, MO 64116
joe@jkemediation.com

Michael Hodgson
THE HODGSON LAW FIRM, LLC
3699 SW Pryor Road
Lees Summit, MO 64082
mike@thehodgsonlawfirm.com

Attorneys for Plaintiff


**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8/9/2018

3486108.1

- 3 -