Matthew H. Morgan*
MN Bar No. 304657
Anna P. Prakash*
MN Bar No. 0351362
NICHOLS KASTER, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: 612.256-3200
morgan@nka.com
aprakash@nka.com

*Admitted pro hac vice.

ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASSES

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
SOUTHERN DIVISION**

| | |
|---|---|
| Kathleen Bliss, on behalf of herself, the Proposed Nationwide Rule 23 Class, and the Proposed Nevada Subclass,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic, Inc.,<br><br>Defendant. | Case No. 2:18-cv-01280-JAD-GWF<br><br>**DECLARATION OF ANNA P. PRAKASH IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT** |

I, Anna P. Prakash, hereby declare,

1. I am an attorney with the law firm of Nichols Kaster, PLLP and counsel for Plaintiff and the Proposed Classes in the above-captioned matter.

2. I make this Declaration in Support of Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Amended Complaint.

1

3. Attached is a copy of the following exhibit:

**EXHIBIT A**  Unpublished Order not accessible on Westlaw or Lexis Nexis:

*Johnson v. CoreCivic et al.*, 4:16-cv-00947-SRB, ECF No. 212 (W.D. Mo. Sept. 18, 2018)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: October 26, 2018         By: /s/Anna P. Prakash
                                      Anna P. Prakash

2