Daniel P. Struck
Jacob B. Lee
Nevada Bar No. 012428
Ashlee B. Hesman
Nevada Bar No. 012740
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
dstruck@strucklove.com
jlee@strucklove.com
ahesman@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
gwinspear@dennettwinspear.com

Attorneys for Defendant CoreCivic, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| Kathleen Bliss, on behalf of herself, the Proposed Nationwide Rule 23 Class, and the Proposed Nevada Subclass, | Case No. 2:18-cv-01280-JAD-GWF |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO SUBMIT STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |
| v. | |
| CoreCivic, Inc., | **(First Request)** |
| Defendant. | |

Plaintiff, Kathleen Bliss ("Plaintiff"), and Defendant, CoreCivic, Inc. ("CoreCivic"), through counsel, stipulate pursuant to LR IA 6-1 and LR 7-1 to extend the time to submit the Stipulated Discovery Plan and Scheduling Order required by Fed. R. Civ. P. 26(f) and LR 26-1(a). Pursuant to the Order granting the parties' Stipulation to Extend Time to Conduct Rule 26(f) Conference (Doc. 23), counsel for the parties met and conferred telephonically on Monday, October 15, 2018. Following the parties' discussions, on October 19, 2018, CoreCivic filed its Motion to Stay Discovery Pending Resolution of Motion to Dismiss the Amended Complaint ("Motion to Stay"). (Doc. 27.) Plaintiff's response is due on November 2, 2018, and the Court has set the Motion

- 1 -

to Stay for hearing on Tuesday, November 20, 2018. (Doc. 28.)

The parties agree that any discovery plan they may propose will be affected by the Court's ruling on the Motion to Stay. The parties therefore stipulate and agree to continue the preparation and filing of the Stipulated Discovery Plan and Scheduling Order until after the Court has ruled on the Motion to Stay. Specifically, the parties stipulate and agree to file the Stipulated Discovery Plan and Scheduling Order within 14 days of either: (1) an order denying the Motion to Stay in full or in part, or (2) an order lifting any stay entered as a result of the Motion to Stay being granted. This is the first stipulation for extension of time to file the Stipulated Discovery Plan and Scheduling Order.

DATED this 26th day of October, 2018.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/ Jacob B. Lee
Daniel P. Struck
Jacob B. Lee
Ashlee B. Hesman
3100 West Ray Road, Suite 300
Chandler, AZ 85226
dstruck@strucklove.com
jlee@strucklove.com
ahesman@strucklove.com

Gina G. Winspear
DENNETT WINSPEAR
3301 North Buffalo Dr., Suite 195
Las Vegas, NV 89129
gwinspear@dennettwinspear.com

Attorneys for Defendant CoreCivic, Inc.

- 2 -

NICHOLS KASTER, PLLP

By /s/ Michael Hodgson
    Anna P. Prakash
    Matthew H. Morgan
    4600 IDS Center
    80 South Eighth Street
    Minneapolis, MN 55402
    aprakash@nka.com
    morgan@nka.com

    Lance D. Sandage
    SANDAGE LAW, LLC
    1600 Genessee Street, Suite 655
    Kansas City, MO 64102
    lance@sandagelaw.com

    Paul S. Padda
    Joshua Y. Ang
    PAUL PADDA LAW, PLLC
    4560 South Decatur Boulevard, Suite 300
    Las Vegas, NV 89103
    psp@paulpaddalaw.com
    ja@paulpaddalaw.com

    Joseph K. Eischens
    THE LAW OFFICE OF JOSEPH K. EISCHENS
    1321 Burlington Street, Suite 202
    North Kansas City, MO 64116
    joe@jkemediation.com

    Michael Hodgson
    THE HODGSON LAW FIRM, LLC
    3699 SW Pryor Road
    Lees Summit, MO 64082
    mike@thehodgsonlawfirm.com

    Attorneys for Plaintiff


**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:___10/29/2018_____

3514668

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Paul S. Padda: | psp@paulpaddalaw.com |
| Joshua Y. Ang: | ja@paulpaddalaw.com |
| Lance D. Sandage: | lance@sandagelaw.com |
| Anna P. Prakash: | aprakash@nka.com |
| Matthew H. Morgan: | morgan@nka.com |
| Joseph K. Eischens: | joe@jkemediation.com |
| Michael Hodgson: | mike@thehodgsonlawfirm.com |
| Gina G. Winspear: | gwinspear@dennettwinspear.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Jacob B. Lee

- 4 -