Daniel P. Struck
Arizona Bar No. 012377
*(admitted pro hac vice)*
Jacob B. Lee
Nevada Bar No. 012428
Ashlee B. Hesman
Nevada Bar No. 012740
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com
jlee@strucklove.com
ahesman@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
gwinspear@dennettwinspear.com

*Attorneys for Defendant CoreCivic, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kathleen Bliss, on behalf of herself, the Proposed Nationwide Rule 23 Class, and the Proposed Nevada Subclass,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic, Inc.,<br><br>Defendant. | Case No. 2:18-cv-01280-JAD-GWF<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**<br><br>**(First Request)**<br><br>ECF No. 34 |

Plaintiff, Kathleen Bliss ("Plaintiff"), and Defendant, CoreCivic, Inc. ("CoreCivic"), through counsel, stipulate pursuant to LR IA 6-1 and LR 7-1 to extend the time for CoreCivic to submit its Reply in Support of Motion to Dismiss Amended Complaint ("Reply"). CoreCivic filed its Motion to Dismiss Amended Complaint on October 12, 2018. (Doc. 26.) Plaintiff filed her Response in Opposition to Defendant's Motion to Dismiss Amended Complaint on October 26, 2018. (Doc. 29.) Pursuant to LR 7-2(b), CoreCivic's Reply is currently due on or before November 2, 2018. The parties stipulate and agree that CoreCivic may have up to and including November

12, 2018 to file its Reply. The additional time is necessary due to deadlines in other matters counsel for CoreCivic is handling. This is the first stipulation for extension of time to file the Reply in Support of Motion to Dismiss Amended Complaint.

DATED this 2nd day of November, 2018.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Jacob B. Lee
    Daniel P. Struck
    Jacob B. Lee
    Ashlee B. Hesman
    3100 West Ray Road, Suite 300
    Chandler, AZ 85226
    dstruck@strucklove.com
    jlee@strucklove.com
    ahesman@strucklove.com

    Gina G. Winspear
    DENNETT WINSPEAR
    3301 North Buffalo Dr., Suite 195
    Las Vegas, NV 89129
    gwinspear@dennettwinspear.com

*Attorneys for Defendant CoreCivic, Inc.*

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 5, 2018