Paul S. Padda
NV Bar No. 10417
Joshua Y. Ang
NV Bar No. 14026
PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: 702.366.1888
psp@paulpaddalaw.com
ja@paulpaddalaw.com

Additional co-counsel listed on signature page

ATTORNEYS FOR PLAINTIFF AND THE
PROPOSED CLASSES

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kathleen Bliss, on behalf of herself, the Proposed Nationwide Rule 23 Class, and the Proposed Nevada Subclass, | Case No. 2:18-cv-01280-JAD-GWF |
| Plaintiff, | **STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE RESPONSE TO DEFENDANT'S RENEWED MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DISPOSITIVE MOTIONS** |
| v. | |
| CoreCivic, Inc., | |
| Defendant. | **(First Request)** |

Plaintiff Kathleen Bliss ("Plaintiff") and Defendant CoreCivic, Inc. ("CoreCivic"), through counsel, stipulate pursuant to LR IA 6-1 and LR 7-1 to extend Plaintiff's deadline to respond to Defendant's Renewed Motion to Stay Discovery Pending Resolution of Dispositive Motions (ECF No. 60) ("the Motion" or "Defendant's Motion"). Defendant filed the Motion on January 25, 2019. The deadline for Plaintiff's response, without this extension, is February 8, 2019. The parties stipulate for Plaintiff's response deadline to be extended to February 15, 2019. This is the first stipulation for the extension of Plaintiff's deadline to respond to Defendant's Motion.

There exists good cause to approve the parties' stipulation and extend Plaintiff's response

- 1 -

1   deadline. Plaintiff's response to Defendant's Motion for Summary Judgment (ECF No. 59) is

2   already due on February 15, 2019. Plaintiff's response to Defendant's Motion will necessarily have

3   to consider Defendant's Motion for Summary Judgment, as well, so it is sensible for both responses

4   to be filed on the same day.

5          As such, Plaintiff respectfully requests, and the parties stipulate, that Plaintiff's deadline to

6   respond to Defendant's Motion be extended to February 15, 2019.

7            DATED this 31st day of January 2019.

8                                          STRUCK LOVE BOJANOWSKI & ACEDO, PLC

9
                                           By /s/Ashlee B. Hesman
10                                            Jacob B. Lee
                                              Ashlee B. Hesman
11                                            3100 West Ray Road, Suite 300
                                              Chandler, AZ 85226
12                                            jlee@strucklove.com
                                              ahesman@strucklove.com
13
                                              Gina G. Winspear
14                                            DENNETT WINSPEAR
                                              3301 North Buffalo Dr., Suite 195
15                                            Las Vegas, NV 89129
                                              gwinspear@dennettwinspear.com
16
                                              Attorneys for Defendant CoreCivic, Inc.
17

18

19

20

21

22

23

24

25

26

27

28

By /s/Charles A. Delbridge
    Anna P. Prakash*
    Matthew H. Morgan*
    Charles A. Delbridge*
    NICHOLS KASTER, PLLP
    4600 IDS Center
    80 South Eighth Street
    Minneapolis, MN 55402
    aprakash@nka.com
    morgan@nka.com
    cdelbridge@nka.com

    Michael Hodgson*
    THE HODGSON LAW FIRM, LLC
    3699 SW Pryor Road
    Lee's Summit, MO 64082
    mike@thehodgsonlawfirm.com

    Lance D. Sandage*
    SANDAGE LAW, LLC
    1600 Genessee Street, Suite 655
    Kansas City, MO 64102
    lance@sandagelaw.com

    Joseph K. Eischens*
    LAW OFFICE OF JOSEPH K. EISCHENS
    8013 Park Ridge Drive
    Parkville, MO 64152

    Paul S. Padda
    Joshua Y. Ang
    PAUL PADDA LAW, PLLC
    4560 South Decatur Boulevard, Suite 300
    Las Vegas, NV 89103
    psp@paulpaddalaw.com
    ja@paulpaddalaw.com

    *Admitted pro hac vice

    Attorneys for Plaintiff and the Proposed Classes

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: _2/01/2019_

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Anna Purna Prakash    aprakash@nka.com
Ashlee Hesman    ahesman@strucklove.com, tgation@strucklove.com
Charles Delbridge   cdelbridge@nka.com
Daniel Struck    dstruck@strucklove.com, swolford@strucklove.com
Gina Winspear    gwinspear@dennettwinspear.com, msarnoski@dennettwinspear.com, ptimmons@dennettwinspear.com, cmiller@dennettwinspear.com, tamendola@dennettwinspear.com
Jacob B. Lee   jlee@strucklove.com, arowley@strucklove.com, rlove@strucklove.com
Joseph Kenneth Eischens    joe@jkemediation.com
Joshua Y. Ang    ja@paulpaddalaw.com, maryg@paulpaddalaw.com, mcl@paulpaddalaw.com, psp@paulpaddalaw.com, rlc@paulpaddalaw.com
Lance David Sandage    lance@sandagelaw.com
Matthew Hale Morgan    morgan@nka.com, assistant@nka.com
Michael Hodgson    mike@thehodgsonlawfirm.com
Paul S. Padda    psp@paulpaddalaw.com, amyd@paulpaddalaw.com, ja@paulpaddalaw.com, maryg@paulpaddalaw.com, mcl@paulpaddalaw.com

/s/Charles A. Delbridge

Charles A. Delbridge

- 4 -