Daniel P. Struck
Arizona Bar No. 012377
*(admitted pro hac vice)*
Jacob B. Lee
Nevada Bar No. 012428
Ashlee B. Hesman
Nevada Bar No. 012740
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com
jlee@strucklove.com
ahesman@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
gwinspear@dennettwinspear.com

*Attorneys for Defendant CoreCivic, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kathleen Bliss, on behalf of herself, the Proposed Nationwide Rule 23 Class, and the Proposed Nevada Subclass,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic, Inc.,<br><br>Defendant. | Case No. 2:18-cv-01280-JAD-GWF<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF RENEWED MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DISPOSITIVE MOTIONS**<br><br>**(First Request)** |

Plaintiff, Kathleen Bliss ("Plaintiff"), and Defendant, CoreCivic, Inc. ("Defendant"), through counsel, stipulate pursuant to LR IA 6-1 and LR 7-1 to extend the following deadlines:

1. Defendant's February 22, 2019 deadline to file its Reply in Support of Renewed Motion to Stay Discovery Pending Resolution of Dispositive Motions (Doc. 60); and

2. Defendant's March 1, 2019 deadline to file its Reply in Support of Motion for Summary Judgment (Doc. 59).

The parties stipulate to extend these deadlines to March 8, 2019. This is the first stipulation for extensions as to these deadlines.

Good cause exists to approve the parties' stipulation and extend Defendant's deadlines. Plaintiff's recent Opposition to Defendant's Renewed Motion to Stay Discovery Pending Resolution of Dispositive Motions (Doc. 67) and Opposition to Defendant's Motion for Summary Judgment (Doc. 66) raise similar issues, such that counsel for Defendant will need to coordinate its Replies in support of both motions while still meeting deadlines in other matters.

DATED this 22nd day of February, 2019.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By */s/ Jacob B. Lee*
Daniel P. Struck
Jacob B. Lee
Ashlee B. Hesman
3100 West Ray Road, Suite 300
Chandler, AZ 85226
dstruck@strucklove.com
jlee@strucklove.com
ahesman@strucklove.com

Gina G. Winspear
DENNETT WINSPEAR
3301 North Buffalo Dr., Suite 195
Las Vegas, NV 89129
gwinspear@dennettwinspear.com

*Attorneys for Defendant CoreCivic, Inc.*

By */s/ Charles A. Delbridge (with permission)*
Anna P. Prakash
Matthew H. Morgan
Charles A. Delbridge
NICHOLS KASTER, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
aprakash@nka.com
morgan@nka.com
cdelbridge@nka.com

Lance D. Sandage
SANDAGE LAW, LLC
1600 Genessee Street, Suite 655
Kansas City, MO 64102
lance@sandagelaw.com

3554063

2

1
2
3
4

Paul S. Padda
Joshua Y. Ang
PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, NV 89103
psp@paulpaddalaw.com
ja@paulpaddalaw.com

5
6
7

Joseph K. Eischens
THE LAW OFFICE OF JOSEPH K. EISCHENS
8013 Park Ridge Drive
Parkville, MO 64152
joe@jkemediation.com

8
9
10

Michael Hodgson
THE HODGSON LAW FIRM, LLC
3699 SW Pryor Road
Lee's Summit, MO 64082
mike@thehodgsonlawfirm.com

11

*Attorneys for Plaintiff*

12
13
14

**IT IS SO ORDERED:**

15
16

_____
UNITED STATES MAGISTRATE JUDGE

17

DATED: 2/25/2019

18
19
20
21
22
23
24
25
26
27
28

3554063

3