Paul S. Padda
NV Bar No. 10417
Joshua Y. Ang
NV Bar No. 14026
PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: 702.366.1888
psp@paulpaddalaw.com
ja@paulpaddalaw.com

Additional co-counsel listed on signature page

ATTORNEYS FOR PLAINTIFF AND THE
PROPOSED CLASSES

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kathleen Bliss, on behalf of herself, the Proposed Nationwide Rule 23 Class, and the Proposed Nevada Subclass, | Case No. 2:18-cv-01280-JAD-GWF |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINES IN COURT'S PRIOR ORDER (ECF NO. 42)** |
| v. | |
| CoreCivic, Inc., | **(First Request)** |
| Defendant. | |

Plaintiff Kathleen Bliss ("Plaintiff"), and Defendant CoreCivic, Inc. ("CoreCivic"), through counsel, stipulate pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1 to extend those deadlines in the Court's prior Order (ECF No. 42) that have not already passed. The parties agree to the following deadlines, and request the Court enter an Order adopting these deadlines:

1. Deadline to amend pleadings: **60 days following an order on Defendant's pending motion to dismiss**.

2. Plaintiff's disclosure of class certification expert and report: **November 22, 2019**.

3. Defendant's disclosure of class certification rebuttal expert and report: **December 20, 2019**.

- 1 -

4. Class certification expert discovery deadline: **February 29, 2020**.

5. Filing date for motion for class certification: **March 27, 2020**.

6. Last date to complete fact discovery: **60 days following Court's order on class certification**.

7. Deadline to file interim status report: **90 days following the Court's order on class certification**.

8. Last date to disclose experts: **120 days following Court's order on class certification**.

9. Last date to disclose rebuttal experts: **150 days following Court's order on class certification**.

10. Last date to complete expert discovery: **180 days following Court's order on class certification**.

11. Last date to file dispositive motions: **210 days following Court's order on class certification**.

12. Last date file the joint pretrial order: **240 days following the Court's order on class certification**.

The extension of these deadlines is necessary for at least two reasons. First, Defendant's motion to dismiss is pending. The Court's rulings on that motion may affect the scope of the case, may influence Plaintiff's decision on amendment, and may affect the scope of the class that Plaintiff will seek to certify. Second, the Court's Order on Defendant's motion for protective order determined that the case is limited in scope to calls between attorneys and pretrial detainees. (Order, ECF No. 75 at 7.) Plaintiff intends to move to amend her Complaint to include all persons incarcerated at Defendant's facilities; however, as indicated above, the Court's decision on the motion to dismiss may limit the potential scope of any contemplated amendment. Moreover, if Plaintiff were to amend before a decision on the motion to dismiss issues, then the motion would be mooted, Defendant would likely re-file its motion to dismiss, and resolution of the pending issues would be further delayed. Accordingly, the parties respectfully request that the Court extend the deadlines as set forth above. This is the first stipulation to extend these deadlines.

DATED this 20th day of March 2019.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By s/Jacob B. Lee
    Daniel P. Struck
    Jacob B. Lee
    Ashlee B. Hesman
    3100 West Ray Road, Suite 300
    Chandler, AZ 85226
    dstruck@strucklove.com
    jlee@strucklove.com
    ahesman@strucklove.com

    Gina G. Winspear
    DENNETT WINSPEAR
    3301 North Buffalo Dr., Suite 195
    Las Vegas, NV 89129
    gwinspear@dennettwinspear.com

    Attorneys for Defendant CoreCivic, Inc.


By: /s/Charles A. Delbridge
    Charles A. Delbridge

Matthew H. Morgan*
MN Bar No. 304657
Anna P. Prakash*
MN Bar No. 0351362
Charles A. Delbridge*
MN Bar No. 0386639
NICHOLS KASTER, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: 612.256.3200
morgan@nka.com
aprakash@nka.com
cdelbridge@nka.com

Michael Hodgson*
MO Bar No. 63677
THE HODGSON LAW FIRM, LLC
3609 SW Pryor Road
Lee's Summit, MO 64082
Tel: 816.600.0117
mike@thehodgsonlawfirm.com

- 3 -

Lance D. Sandage*
MO Bar No. 46022
SANDAGE LAW LLC
1600 Genessee Street, Suite 655
Kansas City, MO 64102
Tel: 816.753.0800
lance@sandagelaw.com

Joseph K. Eischens*
MO Bar No. 44706
LAW OFFICE OF JOSEPH K. EISCHENS
8013 Park Ridge Dr.
Parkville, MO 64152
Tel: 816.945.6393
joe@jkemediation.com

Paul S. Padda
NV Bar No. 10417
Joshua Y. Ang
NV Bar No. 14026
PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: 702.366.1888
psp@paulpaddalaw.com
ja@paulpaddalaw.com

*Admitted pro hac vice.

Attorneys for Plaintiff and the Proposed Classes

**IT IS SO ORDERED:**

_George Foley Jr._

UNITED STATES MAGISTRATE JUDGE

DATED: 3/21/2019

- 4 -