**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Kathleen Bliss, on behalf of herself, the
Proposed Nationwide Rule 23 Class, and the
Proposed Nevada Subclass,

          Plaintiff(s),

    vs.

CoreCivic, Inc.,

          Defendant(s).

Case # 2:18-cv-01280-JAD-GWF

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Rachel Love_____, Petitioner, respectfully represents to the Court:
    (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

_____Struck Love Bojanowski & Acedo, PLC_____
                         (firm name)

with offices at _____3100 West Ray Road, Suite 300_____,
                         (street address)

_____Chandler_____, _____Arizona_____, _____85226_____,
    (city)              (state)        (zip code)

_____480-420-1600_____, _____rlove@strucklove.com_____.
(area code + telephone number)    (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

_____CoreCivic, Inc._____ to provide legal representation in connection with
    [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.   That since _____10/25/1999_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Arizona_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Arizona Supreme Court | 10/25/1999 | 019881 |
| United States District Court, Arizona | 11/08/1999 | |
| Hawaii Supreme Court | 1/27/2014 | 010086 |
| United States District Court, Hawaii | 3/05/2014 | |
| United States Court of Appeals, Ninth Circuit | 1/28/2003 | |
| United States District Court, Colorado | 6/26/2006 | |
| | | |

5.   That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None.

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

Arizona State Bar
Hawaii State Bar

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| March 19, 2019 | 17cv02776-JCM-NJK | U.S. District Court, Nevada | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Arizona_____ )
                                  )
COUNTY OF _____Maricopa_____ )

_____Rachel Love_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__27th__ day of ___March___, _2019_.

_____
Notary Public or Clerk of Court

TAMELA S. GATION
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMMISSION # 557019
MY COMMISSION EXPIRES
JANUARY 05, 2023

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Gina G. Winspear_____,
                                                                                      (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____3301 North Buffalo Drive, Suite 195_____.
                                      (street address)

_____Las Vegas_____, _____Nevada_____, ___89129___,
      (city)                (state)           (zip code)

_____702-839-1100_____, _____gwinspear@dennettwinspear.com_____.
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Gina G. Winspear _____ as
_____(name of local counsel)_____
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Jaime Skinner, Assistant General Counsel, CoreCivic
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

005552                              gwinspear@dennettwinspear.com
Bar number                          Email address

APPROVED:

Dated: April 9, 2019.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



**STATE BAR** OF **ARIZONA**

March 19, 2019

Rachel Love
3100 W Ray Rd Ste 300
Chandler, AZ 85226-2473

**RE: Ms Rachel Love**

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

Admitted in Arizona:          October 25, 1999.
Current Membership Status:  Active in good standing

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org

Sincerely,

Rebecca Urias
Resource Center



# IN THE SUPREME COURT OF HAWAIʻI

In the Matter of

**RACHEL NICHOLE LOVE**

................................................................

Attorney at Law.

## CERTIFICATE OF STANDING

I, Ana Kippen, clerk of the Supreme Court of the State of Hawaiʻi, do hereby certify that **RACHEL NICHOLE LOVE** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawaiʻi on **January 27, 2014.**  Her current status is **Active** and presently in good standing.

DATED:        Honolulu, Hawaiʻi, March 14, 2019

...................................................................

Clerk, Supreme Court of Hawaiʻi