**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Kathleen Bliss, on behalf of herself, the Proposed Nationwide Rule 23 Class, and the Proposed Nevada Subclass, <br> Plaintiff(s), <br><br> vs. <br><br> CoreCivic, Inc. <br><br> Defendant(s). | Case #2:18-CV-01280 JAD-GWF <br><br> **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** <br><br> FILING FEE IS $250.00 |

_____Rebekah L Bailey_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.  That Petitioner is an attorney at law and a member of the law firm of

Nichols Kaster, PLLP
(firm name)

with offices at _____4600 IDS Center, 80 South Eighth Street_____,
(street address)

___Minneapolis___, ___Minnesota___, ___55402___,
(city)        (state)      (zip code)

___612-256-3200___, ___bailey@nka.com___.
(area code + telephone number)   (Email address)

2.  That Petitioner has been retained personally or as a member of the law firm by

___Plaintiff, Kathleen Bliss___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____March 17, 2009_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____Minnesota_____
                                                                                    (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attached. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7.    That Petitioner is a member of good standing in the following Bar Associations.

American Bar Association; Minnesota State Bar Association; California State Bar Association

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 2/22/2019 | 2:18-BK-16974 | US Bankruptcy Court, Nevada | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Minnesota____ )
                                          )
COUNTY OF ____Hennepin____ )

____Rebekah L. Bailey____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_9th_ day of _April_, _2019_.

_Kristin V. Nelson_
Notary Public or Clerk of Court

KRISTINE VICTORIA NELSON
Notary Public-Minnesota
My Commission Expires Jan 31, 2020

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Paul S. Padda, Esq.____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____4560 South Decatur Blvd., Suite 300____,
(street address)

____Las Vegas____, ____Nevada____, ____89103____,
(city)                        (state)              (zip code)

____702-366-1888____, ____psp@paulpaddalaw.com____.
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Paul S. Padda _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Kathleen Bliss, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

10417                          psp@paulpaddalaw.com
Bar number                     Email address

APPROVED:
Dated: May 8, 2019.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**Rebekah L. Bailey**
**General Admissions**

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of California | December 1, 2008 | 258551 |
| Supreme Court of Minnesota | March 17, 2009 | 0389599 |
| U.S. Court of Appeals, 6th Circuit | January 30, 2012 | |
| U.S. Court of Appeals, 9th Circuit | October 28, 2010 | |
| U.S. District Court, Eastern District of California | December 30, 2008 | |
| U.S. District Court, Southern District of California | January 20, 2009 | |
| U.S. District Court, Central District of California | January 21, 2009 | |
| U.S. District Court, Northern District of California | December 30, 2008 | |
| U. S. District Court, Eastern District of Michigan | April 28, 2009 (*Admitted but not sworn*) March 12, 2019 (*Fully Admitted*) | |
| U.S. District Court, District of Minnesota | April 9, 2009 | |
| U.S. District Court, Western District of Tennessee | February 25, 2016 | |
| U.S. District Court, Western District of Texas | December 16, 2011 | |
| U.S. District Court, Eastern District of Wisconsin | October 11, 2017 | |
| U.S. District Court, Western District of Wisconsin | February 9, 2009 | |

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

REBEKAH LYNN BAILEY

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

March 17, 2009

Given under my hand and seal of this court on

January 24, 2019





Emily J. Eschweiler, Director
Office of Lawyer Registration



# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

February 1, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, REBEKAH LYNN BAILEY, #258551 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2008; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records