AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Kathleen Bliss,

          Plaintiff,

v.

CoreCivic, Inc.,

          Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-01280-JAD-GWF

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendant, CoreCivic, Inc., and against Plaintiff, Kathleen Bliss.

5/14/2019
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk