Paul S. Padda
NV Bar No. 10417
PAUL PADDA LAW, PLLC
4030 S. Jones Boulevard, Unit 30370
Las Vegas, NV 89173
Tel: 702.366.1888
psp@paulpaddalaw.com

Additional co-counsel listed on signature page

ATTORNEYS FOR PLAINTIFF AND THE
PROPOSED CLASSES

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## SOUTHERN DIVISION

| | |
|---|---|
| Kathleen Bliss, on behalf of herself, the Proposed Nationwide Rule 23 Class, and the Proposed Nevada Subclass,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic, Inc.,<br><br>Defendant. | Case No. 2:18-cv-01280-JAD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING SEPTEMBER 20, 2021 STATUS CONFERENCE** |

The parties respectfully stipulate and request that the Court vacate the upcoming status conference on September 20, 2021. The parties agree and state as follows:

1.      Upon request of the parties, the Court held a status conference to address discovery issues on June 18, 2021. (ECF Nos. 131, 140.)

2.      At the June 18 status conference, the Court set a schedule for subsequent status conferences to be held on July 19, August 23, and September 20, with status reports to be filed with the Court five days prior to each conference. (ECF No. 140.)

3.      At the August 23 status conference, the Court stated that if there were no issues the parties wished to address at the September 20 status conference, the parties were to file a

- 1 -

stipulation and order vacating the hearing. (ECF No. 146.)

4.      In the time since the August 23 status conference, the parties have continued to work productively on the outstanding discovery issues in the case. At present, there are no issues that require the Court's attention.

5.      The parties respectfully request that the September 20 status conference (and the associated deadline for filing a joint status report on September 15) be vacated.

6.      Should the parties have additional discovery issues that they need the Court's help to resolve, the parties will request an additional status conference or file an appropriate motion. The parties thank the Court for its attention to this matter.

7.      Accordingly, the parties stipulate and jointly request an **ORDER** that the September 20, 2021, status conference is vacated and that the parties are not required to file the related status report.

1

2      DATED this 15th day of September      By /s/Charles A. Delbridge
       2021                                      Anna P. Prakash*
3                                                Matthew H. Morgan*
                                                 Charles A. Delbridge*
4                                                Melanie A. Johnson*
                                                 NICHOLS KASTER, PLLP
5                                                4700 IDS Center
                                                 80 South Eighth Street
6                                                Minneapolis, MN 55402
                                                 aprakash@nka.com
7                                                morgan@nka.com
                                                 cdelbridge@nka.com
8                                                mjohnson@nka.com

9                                                Michael Hodgson*
                                                 THE HODGSON LAW FIRM, LLC
10                                               3699 SW Pryor Road
                                                 Lee's Summit, MO 64082
11                                               mike@thehodgsonlawfirm.com

12                                               Lance D. Sandage*
                                                 SANDAGE LAW, LLC
13                                               1600 Genessee Street, Suite 655
                                                 Kansas City, MO 64102
14                                               lance@sandagelaw.com

15                                               Joseph K. Eischens*
                                                 LAW OFFICE OF JOSEPH K. EISCHENS
16                                               8013 Park Ridge Dr.
                                                 Parkville, MO 64152
17                                               joe@jkemediation.com

18                                               Paul S. Padda
                                                 PAUL PADDA LAW, PLLC
19                                               4030 S. Jones Boulevard, Unit 30370
                                                 Las Vegas, NV 89173
20                                               Tel: 702.366.1888
                                                 psp@paulpaddalaw.com
21
                                                 *Admitted pro hac vice
22
                                                 Attorneys for Plaintiff and the Proposed Classes
23
                                             STRUCK LOVE BOJANOWSKI & ACEDO, PLC
24

25                                           By /s/Jacob B. Lee
                                                 Jacob B. Lee
26                                               Ashlee B. Hesman
                                                 3100 West Ray Road, Suite 300
27                                               Chandler, AZ 85226
                                                 jlee@strucklove.com
28                                               ahesman@strucklove.com

                                                 - 3 -

Gina G. Winspear
DENNETT WINSPEAR
3301 North Buffalo Dr., Suite 195
Las Vegas, NV 89129
gwinspear@dennettwinspear.com

Attorneys for Defendant CoreCivic, Inc.

**IT IS SO ORDERED**

_____
Honorable Elayna J. Youchah
U.S. Magistrate Judge

**DATED:**  September 15, 2021