Paul S. Padda
NV Bar No. 10417
PAUL PADDA LAW, PLLC
4030 S. Jones Boulevard, Unit 30370
Las Vegas, NV 89173
Tel: 702.366.1888
psp@paulpaddalaw.com

Additional co-counsel listed on signature page

ATTORNEYS FOR PLAINTIFF AND THE
PROPOSED CLASSES

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**SOUTHERN DIVISION**

| | |
|---|---|
| Kathleen Bliss, on behalf of herself, the Proposed Nationwide Rule 23 Class, and the Proposed Nevada Subclass,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic, Inc.,<br><br>Defendant. | Case No. 2:18-cv-01280-JAD-EJY<br><br>**STIPULATION TO EXTEND DEADLINES**<br>**(Second Request)** |

Plaintiff Kathleen Bliss ("Plaintiff"), and Defendant CoreCivic, Inc. ("CoreCivic"), through counsel, stipulate pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1 to extend those deadlines in the Court's prior Orders (ECF Nos. 118, 120) that have not already passed. The parties agree to the following deadlines, and request the Court enter an Order adopting these deadlines:

- Deadline to move to amend pleadings: 30 days after Court's decision on Defendant's Motion to Dismiss Second Amended Complaint (ECF No. 129).

- Deadline for Plaintiff's disclosure of class certification expert and report: **September 1, 2022**.

- Deadline for Defendant's disclosure of class certification rebuttal expert and report:

- 1 -

**October 14, 2022**.

- Class certification expert discovery deadline: **November 17, 2022**.

- Deadline for Plaintiff to move for class certification: **December 19, 2022**.

- Last day to complete fact discovery: 60 days after the Court's order on class certification.

- Last day to disclose experts other than class certification experts: 120 days after the Court's order on class certification.

- Last day to disclose rebuttal experts, other than rebuttal experts on class certification: 150 days after the Court's order on class certification.

- Last day to complete non-class certification expert discovery: 180 days after the Court's order on class certification.

- Dispositive motion deadline: 210 days after the Court's order on class certification.

- Joint pretrial order deadline: 240 days after the Court's order on class certification; provided, however, that if dispositive motions are pending, this date is suspended until 60 days after the Court's order on such dispositive motions

The parties agree that the extension of these deadlines is necessary. As the Court is aware from the status conferences this summer (*see* ECF Nos. 135, 143), the parties have been working through numerous discovery issues. And while progress has been made on discovery necessary for class certification, many documents that are key to Plaintiff's anticipated class certification motion have not yet been produced. Plaintiff will not have the documents necessary for class certification in time to meet her deadline to disclose class certification experts and reports, currently set for December 1, 2021. Also, the parties previously anticipated that Defendant's Rule 30(b)(6) deposition would occur by October 30. (*See* ECF No. 144 at 42:6-12.) But because Defendant's counsel will be in trial beginning November 1, the parties have agreed to continue the deposition. Further, once the document productions are complete or nearer to being complete, the parties will need to take numerous additional depositions. The Court has indicated a willingness at the recent status conferences to extend the case deadlines. And the parties anticipate that they will be able to meet the above-requested deadlines without the need for further extensions.

This is the second request to extend scheduling order deadlines. (*See* ECF No. 86 (the parties' previous request.)) And it is the first such request following remand to this Court by the Ninth Circuit. The parties are not seeking to extend those deadlines triggered by the Court's decisions on Defendant's motion to dismiss or Plaintiff's class certification motion.

DATED this 4th day of October, 2021     By: /s/Charles A. Delbridge
                                            Anna P. Prakash*
Matthew H. Morgan*
Charles A. Delbridge*
Melanie A. Johnson*
NICHOLS KASTER, PLLP
4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
aprakash@nka.com
morgan@nka.com
cdelbridge@nka.com
mjohnson@nka.com

Michael Hodgson*
THE HODGSON LAW FIRM, LLC
3699 SW Pryor Road
Lee's Summit, MO 64082
mike@thehodgsonlawfirm.com

Lance D. Sandage*
SANDAGE LAW, LLC
1600 Genessee Street, Suite 655
Kansas City, MO 64102
lance@sandagelaw.com

Joseph K. Eischens*
LAW OFFICE OF JOSEPH K. EISCHENS
8013 Park Ridge Dr.
Parkville, MO 64152
joe@jkemediation.com

Paul S. Padda
PAUL PADDA LAW, PLLC
4030 S. Jones Boulevard, Unit 30370
Las Vegas, NV 89173
Tel: 702.366.1888
psp@paulpaddalaw.com

*Admitted *pro hac vice*

- 3 -

Attorneys for Plaintiff and the Proposed Classes

By: /s/Jacob B. Lee
    Jacob B. Lee
    Ashlee B. Hesman
    3100 West Ray Road, Suite 300
    Chandler, AZ 85226
    jlee@strucklove.com
    ahesman@strucklove.com

    Gina G. Winspear
    DENNETT WINSPEAR
    3301 North Buffalo Dr., Suite 195
    Las Vegas, NV 89129
    gwinspear@dennettwinspear.com

Attorneys for Defendant CoreCivic, Inc.

**IT IS SO ORDERED:**

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**DATED:** October 4, 2021

- 4 -