Daniel P. Struck *(admitted pro hac vice)*
AZ Bar No. 012377
Rachel Love *(admitted pro hac vice)*
AZ Bar No. 019881
Jacob B. Lee
NV Bar No. 012428
Ashlee B. Hesman
NV Bar No. 012740
Anne M. Orcutt *(admitted pro hac vice)*
AZ Bar No. 029387
Eden G. Cohen *(admitted pro hac vice)*
AZ Bar No. 034529
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
dstruck@strucklove.com
rlove@strucklove.com
jlee@strucklove.com
ahesman@strucklove.com
aorcutt@strucklove.com
ecohen@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
gwinspear@dennettwinspear.com

*Attorneys for Defendant CoreCivic, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kathleen Bliss, on behalf of herself, the Proposed Nationwide Rule 23 Class, and the Proposed Nevada Subclass,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic, Inc.,<br><br>Defendant. | NO. 2:18-cv-01280-JAD-EJY<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS (Dkt. 187)**<br><br>***(EXPEDITED CONSIDERATION REQUESTED)*** |

Defendant CoreCivic respectfully requests a one-week extension of the deadline to file its response to Plaintiff's Motion to Compel Defendant's Responses to Interrogatories and Requests

for Production of Documents (Dkt. 187).  This request is necessary because Defendant and defense counsel are currently engaged in (1) analysis and preparation of deliverables to aid both parties in finalizing search terms, custodians, and amended protocols to meet the April 29, 2022 deadline for agreement as to the second-stage ESI collection/production process; and (2) ongoing preparation of CoreCivic's 30(b)(6) deponent to testify regarding the 47 facilities at issue at the 30(b)(6) deposition set for April 25, 2022.  This is the first requested extension of the deadline for Defendant's response to Plaintiff's Motion.  Plaintiff does not object to the requested extension, and it will not impact any other case deadlines, given that there is no trial date set, and Plaintiff's deadline for disclosing class certification experts is not until September 2022.  Accordingly, Defendant requests that the Court extend the deadline from April 22, 2022 to April 29, 2022.

DATED this 20th day of April, 2022.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Anne M. Orcutt
Daniel P. Struck
Rachel Love
Jacob B. Lee
Ashlee B. Hesman
Anne M. Orcutt
Eden G. Cohen
3100 West Ray Road, Suite 300
Chandler, AZ 85226
dstruck@strucklove.com
rlove@strucklove.com
jlee@strucklove.com
ahesman@strucklove.com
aorcutt@strucklove.com
ecohen@strucklove.com

Gina G. Winspear
DENNETT WINSPEAR
3301 North Buffalo Dr., Suite 195
Las Vegas, NV 89129
gwinspear@dennettwinspear.com

*Attorneys for Defendant CoreCivic, Inc.*

**IT IS SO ORDERED.**

[signature]

**U.S. MAGISTRATE JUDGE**

**Dated:  April 21, 2022**

2