UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KATHLEEN BLISS, on behalf of herself, the Proposed Nationwide Rule 23 Class, and the Proposed Nevada Subclass,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC, INC.,<br><br>Defendant. | Case No. 2:18-cv-01280-JAD-EJY<br><br>**ORDER** |

Before the Court is Defendant's Response to the Court's May 9, 2022 Order regarding Plaintiff's previously filed Motion to Seal Documents. ECF No 197. The May 9, 2022 Order sealed exhibits M, Q, S, T, U, V, and W, but found exhibits L, N, O, and P are documents available to the public suggesting no basis to seal the information contained therein. ECF No. 195. The Court ordered Defendant to file a report by May 16, 2022 in support of sealing these exhibits. *Id.* Defendant's May 16, 2022 filing agrees with the Court that exhibits L, N, O, and P are not properly sealed.

Accordingly, IT IS HEREBY ORDERED that Exhibits L, N, O, and P to Plaintiff's Reply in Support of Motion to Compel (*see* ECF No. 193) be unsealed.

Dated this 17th day of May, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1