Daniel P. Struck
Arizona Bar No. 012377
*(admitted pro hac vice)*
Jacob B. Lee
Nevada Bar No. 012428
Ashlee B. Hesman
Nevada Bar No. 012740
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com
jlee@strucklove.com
ahesman@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
gwinspear@dennettwinspear.com

*Attorneys for Defendant CoreCivic, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kathleen Bliss, on behalf of herself, the Proposed Nationwide Rule 23 Class, and the Proposed Nevada Subclass,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic, Inc.,<br><br>Defendant. | Case No. 2:18-cv-01280-JAD-GWF<br><br>**STIPULATION FOR EXTENSION OF JOINT STATUS REPORT** |

This is the first stipulation for extension of time to file this joint status report. Kathleen Bliss ("Plaintiff") and CoreCivic, Inc. ("CoreCivic") (collectively, the "parties"), through their respective counsel, stipulate and agree to the following:

WHEREAS, on June 2, 2022, the Court ordered, among other things, Defendant to supplement its document production and written discovery responses, ordered the parties to meet

and confer, and ordered the parties to file a status report noting, among other things, whether they had scheduled a subsequent meet-and-confer. (ECF No. 200.)

WHEREAS, on July 8, 2022, the parties filed the ordered status report, noting that they had scheduled a subsequent meet-and-confer for July 21 and stating that Defendant would supplement its document production and written responses again on July 28, 2022. (ECF No. 205.)

WHEREAS, the July 8 status report stated the parties' self-imposed deadline of August 1, 2022 to file a subsequent status report. (ECF No. 205.)

WHEREAS, the parties met and conferred on July 21, and Defendant supplemented its document production and written responses on July 28.

WHEREAS, the parties dispute whether Defendant's July 28 production and written responses are consistent with their earlier agreements and dispute whether and to what extent the production and written responses are deficient or compliant.

WHEREAS, the dispute over the July 28 production and written responses covers many topics.

WHEREAS, a subpoena response date related to underlying disputes is set for August 12, Defendant's counsel will be in trial August 10-12 and has significant deadlines in other class action matters between now and August 12, and the parties believe that they, and the Court, would likely be better served by the parties meeting and conferring about their disputes, narrowing the outstanding disputes for the Court's review, and submitting a status report that reflects a more thorough review of the July 28 production and written responses.

WHEREFORE, the parties STIPULATE AND AGREE to meet and confer with each other on August 4, 2022 at 2 p.m. Pacific and extend the time to file their second status report from August 1 to August 17, 2022.

DATED this 1st day of August, 2022.

| NICHOLS KASTER, PLLP | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |

2

| | | |
|---|---|---|
| 1 | s/Anna P. Prakash | s/Anne M. Orcutt |
| 2 | Matthew H. Morgan* MN Bar No. 304657<br>Anna P. Prakash* MN Bar No. 0351362 | Daniel P. Struck<br>Rachel Love |
| 3 | Charles A. Delbridge* MN Bar No. 0386639<br>Rebekah L. Bailey* MN Bar No. 0389599 | Jacob B. Lee<br>Ashlee B. Hesman |
| 4 | Charles J. O'Meara* MN Bar No. 0402777<br>NICHOLS KASTER, PLLP | Anne M. Orcutt<br>Eden G. Cohen |
| 5 | 4700 IDS Center | 3100 West Ray Road, Suite 300<br>Chandler, AZ 85226 |
| 6 | 80 South 8th Street<br>Minneapolis, MN 55402 | dstruck@strucklove.com<br>rlove@strucklove.com |
| 7 | Tel: 612.256.3200 | jlee@strucklove.com<br>ahesman@strucklove.com |
| 8 | morgan@nka.com<br>aprakash@nka.com | aorcutt@strucklove.com<br>ecohen@strucklove.com |
| 9 | cdelbridge@nka.com<br>bailey@nka.com | Gina G. Winspear |
| 10 | comeara@nka.com | DENNETT WINSPEAR<br>3301 North Buffalo Dr., Suite 195 |
| 11 | NICHOLS KASTER, LLP | Las Vegas, NV 89129<br>gwinspear@dennettwinspear.com |
| 12 | Matthew C. Helland* CA Bar No. 250451<br>235 Montgomery St., Suite 810 | Attorneys for Defendant CoreCivic, Inc |
| 13 | San Francisco, CA 94104<br>Telephone: (415) 277-7235 | |
| 14 | helland@nka.com | |
| 15 | Michael Hodgson* MO Bar No. 63677 | |
| 16 | THE HODGSON LAW FIRM, LLC<br>3609 SW Pryor Road | |
| 17 | Lee's Summit, MO 64082<br>Tel: 816.600.0117 | |
| 18 | mike@thehodgsonlawfirm.com | |
| 19 | Lance D. Sandage* MO Bar No. 46022 | |
| 20 | SANDAGE LAW LLC<br>1600 Genessee Street, Suite 655 | |
| 21 | Kansas City, MO 64102<br>Tel: 816.753.0800 | |
| 22 | lance@sandagelaw.com | |
| 23 | Joseph K. Eischens* MO Bar No. 44706 | |
| 24 | LAW OFFICE OF JOSEPH K. EISCHENS<br>8013 Park Ridge Dr. | |
| 25 | Parkville, MO 64152<br>Tel: 816.945.6393 | |
| 26 | joe@jkemediation.com | |
| 27 | | |
| 28 | Paul S. Padda<br>NV Bar No. 10417 | |

PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: 702.366.1888
psp@paulpaddalaw.com

*Admitted pro hac vice

Attorneys for Plaintiff and the Proposed Classes

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 2, 2022

4