Paul S. Padda
NV Bar No. 10417
PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: 702.366.1888
psp@paulpaddalaw.com

Additional co-counsel listed on signature page

ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASSES

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
SOUTHERN DIVISION**

| | |
|---|---|
| Kathleen Bliss, on behalf of herself, the Proposed Nationwide Rule 23 Class, and the Proposed Nevada Subclass,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic, Inc.,<br><br>Defendant. | Case No. 2:18-CV-01280-JAD-EJY<br><br><br>**PLAINTIFF'S MOTION FOR STATUS CONFERENCE** |

Plaintiff respectfully requests that the Court hold a status conference to discuss outstanding discovery disputes on or after August 22.[1] Plaintiff requests the conference for three primary reasons:

**_First_**, the Court ordered Defendant to produce all documents in its or its counsel's possession, custody, or control by June 14, 2022 (ECF No. 200), but it does not appear that Defendant has done so. In fact, some of Defendant's supplemental written responses plainly show that Defendant has not finished determining what is in its possession, custody, or control.

**_Second_** and relatedly, even when the parties have met and conferred and agreed on subsequent deadlines by which Defendant will provide Plaintiff information, Defendant has not always met those deadlines. By way of example, the parties' July 8 status report memorializes the

---

[1] Defendant opposes the request for a status conference.

1

parties' agreement that, by July 28, Defendant would supplement (and how it would supplement) specific responses and/or complete producing documents in its possession, custody, or control. (July 8 Jt. Status Report, ECF No. 205 at 7 (as to Interrog. 7), 10 (as to Doc. Req. 5), 11 (as to Doc. Req. 8), 12 (as to Doc Req. 10 and 11), 13-14 (as to Doc. Req. 14), 18 (as to Doc. Req. 18).) While Defendant did supplement its response on July 28 and has produced additional documents, it still has not fully supplemented or finished producing documents.[2]

As another example, on August 4—hours before the parties met and conferred—Defendant volunteered to provide a supplemental response and production by its self-selected deadline of August 16. In light of, among other things, Defendant's representation that its "counsel will be in trial on August 10-12 and has significant deadlines in other class action matters between now and August 12," the parties requested and were granted an extension to August 17 to file a status report about disputes remaining after their most recent meet-and-confer. (ECF No. 207.) On August 16 at 7:47 p.m. Pacific Time, defense counsel emailed: "Due to major filings in three other class actions, and a trial in federal court, we were not able to get the supplemental responses/production out today for Bliss. We will provide them to you tomorrow."

Plaintiff recognizes that Defendant may abide by this most recent promise; however, given the course of conduct described above, Plaintiff is now requesting a status conference with the Court. Unless otherwise directed by the Court, Plaintiff will file an update with the Court on August 19 as to whether Defendant has sufficiently supplemented and whether there are any remaining disputes. Such filing will either be unilateral or in the form of a joint status report.[3]

***Finally***, discovery is ongoing. There are issues that have arisen in discovery subsequent to and/or unrelated to the discovery that Plaintiff moved to compel earlier this year. (ECF No. 187.) Should disputes continue to play out as described above, it will remain difficult to timely determine whether the parties truly have a dispute. Absent the Court's assistance, Plaintiff is concerned that discovery will not progress in a manner sufficient for Plaintiff to determine how to structure her

---

[2] The parties are definitively at an impasse with respect to Document Request 21.

[3] Plaintiff recognizes that today is the deadline for the parties to file a joint status report. The parties are working on a joint request for an extension so that Plaintiff can review any production occurring today.

class certification arguments in advance of the December 19 deadline to move for certification.

      For all of these reasons, Plaintiff respectfully requests a status conference with this Court to the extent her August 19 filing identifies remaining disputes.

DATE: August 17, 2022            By: /s/Charles J. O'Meara
                                                    Charles J. O'Meara

**Additional Counsel for Plaintiff and the Proposed Classes:**

Matthew H. Morgan*
MN Bar No. 304657
Anna P. Prakash*
MN Bar No. 0351362
Charles A. Delbridge*
MN Bar No. 0386639
Rebekah L. Bailey*
MN Bar No. 0389599
Melanie A Johnson*
MN Bar No. 0400814
Charles J. O'Meara*
MN Bar No. 0402777
NICHOLS KASTER, PLLP
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: 612.256.3200
morgan@nka.com
aprakash@nka.com
cdelbridge@nka.com
bailey@nka.com
mjohnson@nka.com
comeara@nka.com


Michael Hodgson*
MO Bar No. 63677
THE HODGSON LAW FIRM, LLC
3609 SW Pryor Road
Lee's Summit, MO 64082
Tel: 816.600.0117
mike@thehodgsonlawfirm.com


Lance D. Sandage*
MO Bar No. 46022
SANDAGE LAW LLC

3

1600 Genessee Street, Suite 655
Kansas City, MO 64102
Tel: 816.753.0800
lance@sandagelaw.com

Joseph K. Eischens*
MO Bar No. 44706
LAW OFFICE OF JOSEPH K. EISCHENS
8013 Park Ridge Dr.
Parkville, MO 64152
Tel: 816.945.6393
joe@jkemediation.com

Paul S. Padda
NV Bar No. 10417
PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: 702.366.1888
psp@paulpaddalaw.com

*Admitted pro hac vice.

# CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jacob B. Lee
jlee@strucklove.com

Ashlee B. Hesman
ahesman@strucklove.com

Dan Struck
dstruck@strucklove.com

Rachel Love
rlove@strucklove.com

Anne Orcutt
aorcutt@strucklove.com

Eden Cohen
ecohen@strucklove.com

Michael N. Giardina
mgiardina@strucklove.com

Brett Stevens
bstevens@strucklove.com

Gina G. Winspear
gwinspear@dennettwinspear.com

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Anna P. Prakash