Daniel P. Struck
Arizona Bar No. 012377
*(admitted pro hac vice)*
Jacob B. Lee
Nevada Bar No. 012428
Ashlee B. Hesman
Nevada Bar No. 012740
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com
jlee@strucklove.com
ahesman@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
gwinspear@dennettwinspear.com

*Attorneys for Defendant CoreCivic, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kathleen Bliss, on behalf of herself, the Proposed Nationwide Rule 23 Class, and the Proposed Nevada Subclass,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic, Inc.,<br><br>Defendant. | Case No. 2:18-cv-01280-JAD-GWF<br><br>**SECOND STIPULATION FOR EXTENSION OF JOINT STATUS REPORT** |

This is the second stipulation for extension of time to file this joint status report. Kathleen Bliss ("Plaintiff") and CoreCivic, Inc. ("CoreCivic") (collectively, the "parties"), through their respective counsel, stipulate and agree to the following:

WHEREAS, on June 2, 2022, the Court ordered, among other things, Defendant to supplement its document production and written discovery responses, ordered the parties to meet and confer, and ordered the parties to file a status report noting, among other things, whether they had scheduled a subsequent meet-and-confer. (ECF No. 200.)

1    WHEREAS, on July 8, 2022, the parties filed the ordered status report, noting that they had
2    scheduled a subsequent meet-and-confer for July 21 and stating that Defendant would supplement
3    its document production and written responses again on July 28, 2022. (ECF No. 205.)

4    WHEREAS, the July 8 status report stated the parties' self-imposed deadline of August 1,
5    2022 to file a subsequent status report. (ECF No. 205.)

6    WHEREAS, the parties met and conferred on July 21, and Defendant supplemented its
7    document production and written responses on July 28.

8    WHEREAS, the parties dispute whether Defendant's July 28 production and written
9    responses are consistent with their earlier agreements and dispute whether and to what extent the
10   production and written responses are deficient or compliant.

11   WHEREAS, the dispute over the July 28 production and written responses covers many
12   topics.

13   WHEREAS, given that a subpoena response related to the underlying disputes was
14   scheduled for August 12, and that Defendant's counsel was in trial August 10-12 and had significant
15   deadlines in other class action matters between August 1 and August 12, the parties believed that
16   they, and the Court, would likely be better served by the parties meeting and conferring about their
17   disputes, narrowing the outstanding disputes for the Court's review, and submitting a status report
18   that reflects a more thorough review of the July 28 production and written responses.

19   WHEREAS, the parties subsequently stipulated to meet and confer with each other on
20   August 4 and extend the time to file their second status report from August 1 to August 17, 2022,
21   and the Court granted that request.

22   WHEREAS, at the August 4 meet-and-confer, Defendant represented that it would
23   supplement certain responses/productions by August 16.

24   WHEREAS, on August 16, Defendant represented that it could not supplement/produce
25   documents until August 17 in light of "major filings in three other class actions, and a trial in federal
26   court."

27   WHEREAS, Plaintiff will need time to review the supplemental response/production.
28

1     WHEREAS, the parties have an additional meet and confer scheduled for August 18 that could resolve at least some of the remaining disputes.

    WHEREAS, Plaintiff subsequently filed an opposed motion for a status conference, stating that she would update the Court on August 19 of any remaining disputes, either unilaterally or through a joint status report.

    WHEREFORE, the parties STIPULATE AND AGREE to extend the deadline to file their status report from August 17 to August 19.

    DATED this 17th day of August, 2022.

| | |
|---|---|
| NICHOLS KASTER, PLLP | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
| s/ Charles J. O'Meara | s/Anne M. Orcutt |
| Matthew H. Morgan* MN Bar No. 304657<br>Anna P. Prakash* MN Bar No. 0351362<br>Charles A. Delbridge* MN Bar No. 0386639<br>Rebekah L. Bailey* MN Bar No. 0389599<br>Charles J. O'Meara* MN Bar No. 0402777<br>NICHOLS KASTER, PLLP<br>4700 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Tel: 612.256.3200<br>morgan@nka.com<br>aprakash@nka.com<br>cdelbridge@nka.com<br>bailey@nka.com<br>comeara@nka.com<br><br>NICHOLS KASTER, LLP<br>Matthew C. Helland* CA Bar No. 250451<br>235 Montgomery St., Suite 810<br>San Francisco, CA 94104<br>Telephone: (415) 277-7235<br>helland@nka.com<br><br>Michael Hodgson* MO Bar No. 63677<br>THE HODGSON LAW FIRM, LLC<br>3609 SW Pryor Road<br>Lee's Summit, MO 64082<br>Tel: 816.600.0117 | Daniel P. Struck<br>Rachel Love<br>Jacob B. Lee<br>Ashlee B. Hesman<br>Anne M. Orcutt<br>Eden G. Cohen<br>3100 West Ray Road, Suite 300<br>Chandler, AZ 85226<br>dstruck@strucklove.com<br>rlove@strucklove.com<br>jlee@strucklove.com<br>ahesman@strucklove.com<br>aorcutt@strucklove.com<br>ecohen@strucklove.com<br><br>Gina G. Winspear<br>DENNETT WINSPEAR<br>3301 North Buffalo Dr., Suite 195<br>Las Vegas, NV 89129<br>gwinspear@dennettwinspear.com<br><br>Attorneys for Defendant CoreCivic, Inc |

| | |
|---|---|
| 1 | mike@thehodgsonlawfirm.com |
| 2 | |
| | Lance D. Sandage* MO Bar No. 46022 |
| 3 | SANDAGE LAW LLC |
| | 1600 Genessee Street, Suite 655 |
| 4 | Kansas City, MO 64102 |
| | Tel: 816.753.0800 |
| 5 | lance@sandagelaw.com |
| 6 | |
| | Joseph K. Eischens* MO Bar No. 44706 |
| 7 | LAW OFFICE OF JOSEPH K. EISCHENS |
| | 8013 Park Ridge Dr. |
| 8 | Parkville, MO 64152 |
| | Tel: 816.945.6393 |
| 9 | joe@jkemediation.com |

Paul S. Padda
NV Bar No. 10417
PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: 702.366.1888
psp@paulpaddalaw.com

*Admitted pro hac vice

Attorneys for Plaintiff and the Proposed Classes

**IT IS SO ORDERED:**

_[signature]_
UNITED STATES MAGISTRATE JUDGE

Dated:  August 17, 2022

4