**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**SOUTHERN DIVISION**

| | |
|---|---|
| Kathleen Bliss, on behalf of herself, the Proposed Nationwide Rule 23 Class, and the Proposed Nevada Subclass,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic, Inc.,<br><br>Defendant. | Case No. 2:18-CV-01280-JAD-EJY<br><br>**STIPULATION REGARDING THE USE OF NON-ESI DOCUMENTS** |

The parties hereby stipulate and agree to the following:

1. By October 1, 2022, unless otherwise provided for below, Defendant shall produce all non-ESI documents in its possession, custody, or control responsive to Plaintiff's Document Request Nos. 5, 8, 10, 11, and 18, Set I ("Documents At Issue").

2. To the extent Defendant is unable to determine whether the Documents At Issue are in its possession, custody or control or otherwise cannot produce the Documents At Issue by October 1, 2022, then Defendant shall not use any Documents At Issue that were not produced prior to October 1, 2022, the absence of the Documents At Issue, or Plaintiff's inability to adduce evidence of the existence or about the content of the Documents At Issue to argue against class certification.

3. This Stipulation does not extend to non-ESI documents responsive to Plaintiff's Document Request Nos. 5, 8, 10, 11, and 18 that Defendant has determined are not in its possession, custody, or control, but rather are in the possession, custody, or control of its government partners and/or other vendors providing services to those government partners.

4. This Stipulation does not preclude Defendant from disclosing or introducing materials in response to the Declaration of Alexander Wise, including but not limited to, Declarations and summary exhibits, within the deadline set by the Court for Defendant's class certification expert disclosures.

5. Nothing in this Stipulation shall preclude Defendant from arguing against class certification on the basis of non-ESI documents produced prior to October 1, 2022 or ESI produced

after October 1, 2022 but prior to class certification briefing. With respect to ESI produced after October 1, 2022, Plaintiff reserves her right to argue untimely disclosure and/or prejudice if documents were not produced consistent with the ESI protocols in this case or otherwise improperly withheld.

Date: September 15, 2022

| NICHOLS KASTER, PLLP | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
|---|---|
| s/*Charles J. O'Meara* <br> Matthew H. Morgan* MN Bar No. 304657 <br> Anna P. Prakash* MN Bar No. 0351362 <br> Charles A. Delbridge* MN Bar No. 0386639 <br> Rebekah L. Bailey* MN Bar No. 0389599 <br> Charles J. O'Meara* MN Bar No. 0402777 <br> NICHOLS KASTER, PLLP <br> 4700 IDS Center <br> 80 South 8th Street <br> Minneapolis, MN 55402 <br> Tel: 612.256.3200 <br> morgan@nka.com <br> aprakash@nka.com <br> cdelbridge@nka.com <br> bailey@nka.com <br> comeara@nka.com <br><br> NICHOLS KASTER, LLP <br> Matthew C. Helland* CA Bar No. 250451 <br> 235 Montgomery St., Suite 810 <br> San Francisco, CA 94104 <br> Telephone: (415) 277-7235 <br> helland@nka.com <br><br> Michael Hodgson* MO Bar No. 63677 <br> THE HODGSON LAW FIRM, LLC <br> 3609 SW Pryor Road <br> Lee's Summit, MO 64082 <br> Tel: 816.600.0117 <br> mike@thehodgsonlawfirm.com <br><br> Lance D. Sandage* MO Bar No. 46022 <br> SANDAGE LAW LLC <br> 1600 Genessee Street, Suite 655 <br> Kansas City, MO 64102 <br> Tel: 816.753.0800 <br> lance@sandagelaw.com | s/*Anne M. Orcutt* <br> Daniel P. Struck <br> Rachel Love <br> Jacob B. Lee <br> Ashlee B. Hesman <br> Anne M. Orcutt <br> Eden G. Cohen <br> 3100 West Ray Road, Suite 300 <br> Chandler, AZ 85226 <br> dstruck@strucklove.com <br> rlove@strucklove.com <br> jlee@strucklove.com <br> ahesman@strucklove.com <br> aorcutt@strucklove.com <br> ecohen@strucklove.com <br><br> Gina G. Winspear <br> DENNETT WINSPEAR <br> 3301 North Buffalo Dr., Suite 195 <br> Las Vegas, NV 89129 <br> gwinspear@dennettwinspear.com <br><br> Attorneys for Defendant CoreCivic, Inc |

Joseph K. Eischens* MO Bar No. 44706
LAW OFFICE OF JOSEPH K. EISCHENS
8013 Park Ridge Dr.
Parkville, MO 64152
Tel: 816.945.6393
joe@jkemediation.com

Paul S. Padda
NV Bar No. 10417
PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: 702.366.1888
psp@paulpaddalaw.com

*Admitted pro hac vice

Attorneys for Plaintiff and the Proposed Classes

**IT IS SO ORDERED:**

_(signature)_

UNITED STATES MAGISTRATE JUDGE

DATED: September 15, 2022