**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**SOUTHERN DIVISION**

| | |
|---|---|
| Kathleen Bliss, on behalf of herself, the Proposed Nationwide Rule 23 Class, and the Proposed Nevada Subclass,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic, Inc.,<br><br>Defendant. | Case No. 2:18-CV-01280-JAD-EJY<br><br>**STIPULATION TO EXTEND DEADLINES**<br>**(Third Request*)*** |

The parties respectfully request that the Court adopt the modifications to the scheduling order set forth below with respect to Defendant's class certification expert disclosures and both parties' class certification briefing:

1. Deadline for Defendant's class certification expert disclosures extended from October 14, 2022, until February 17, 2023.

2. Class certification briefing schedule modified as proposed in the table below:

| Filing | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's opening class certification brief | December 19, 2022 | March 31, 2023 |
| Defendant's class certification response brief | January 2, 2023 (14 days after the opening brief is filed) | May 1, 2023 (30 days after the opening brief is filed) |
| Plaintiff's class certification reply brief | January 9, 2023 (7 days after the response brief is filed) | May 31, 2023 (30 days after the response brief is filed) |

This is the third request to extend time to file Defendant's class certification expert disclosures and the parties' class certification briefs. (*See* ECF Nos. 86 and 155 (the parties' previous requests).) The existing schedule has been in place since October 4, 2021. (ECF No. 156.) Since that time, the parties made significant progress on discovery necessary for class certification

1

and reached a stipulation regarding Defendant's use of certain non-ESI documents to argue against class certification. (ECF No. 215.) Accordingly, the primary outstanding discovery that is relevant to class certification is from third-party telephone vendors and state bar associations, and from recently disclosed witnesses. The parties make this request because of issues that have arisen with the aforementioned third-party discovery (including issues related to data production and deposition scheduling conflicts), Plaintiff's desire to take depositions of certain of Defendant's recently disclosed witnesses, and ongoing work through the agreed upon ESI protocol.

Date: October 14, 2022

| NICHOLS KASTER, PLLP | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
|---|---|
| s/ Charles J. O'Meara | s/ Anne. M. Orcutt |
| Matthew H. Morgan* MN Bar No. 304657 | Daniel P. Struck |
| Anna P. Prakash* MN Bar No. 0351362 | Rachel Love |
| Charles A. Delbridge* MN Bar No. 0386639 | Jacob B. Lee |
| Rebekah L. Bailey* MN Bar No. 0389599 | Ashlee B. Hesman |
| Charles J. O'Meara* MN Bar No. 0402777 | Anne M. Orcutt |
| NICHOLS KASTER, PLLP | Eden G. Cohen |
| 4700 IDS Center | 3100 West Ray Road, Suite 300 |
| 80 South 8th Street | Chandler, AZ 85226 |
| Minneapolis, MN 55402 | dstruck@strucklove.com |
| Tel: 612.256.3200 | rlove@strucklove.com |
| morgan@nka.com | jlee@strucklove.com |
| aprakash@nka.com | ahesman@strucklove.com |
| cdelbridge@nka.com | aorcutt@strucklove.com |
| bailey@nka.com | ecohen@strucklove.com |
| comeara@nka.com | |
| | Gina G. Winspear |
| NICHOLS KASTER, LLP | DENNETT WINSPEAR |
| Matthew C. Helland* CA Bar No. 250451 | 3301 North Buffalo Dr., Suite 195 |
| 235 Montgomery St., Suite 810 | Las Vegas, NV 89129 |
| San Francisco, CA 94104 | gwinspear@dennettwinspear.com |
| Telephone: (415) 277-7235 | |
| helland@nka.com | Attorneys for Defendant CoreCivic, Inc |

Michael Hodgson* MO Bar No. 63677
THE HODGSON LAW FIRM, LLC
3609 SW Pryor Road
Lee's Summit, MO 64082
Tel: 816.600.0117
mike@thehodgsonlawfirm.com

Lance D. Sandage* MO Bar No. 46022
SANDAGE LAW LLC

1600 Genessee Street, Suite 655
Kansas City, MO 64102
Tel: 816.753.0800
lance@sandagelaw.com

Joseph K. Eischens* MO Bar No. 44706
LAW OFFICE OF JOSEPH K. EISCHENS
8013 Park Ridge Dr.
Parkville, MO 64152
Tel: 816.945.6393
joe@jkemediation.com

Paul S. Padda
NV Bar No. 10417
PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: 702.366.1888
psp@paulpaddalaw.com

*Admitted pro hac vice

Attorneys for Plaintiff and the Proposed Classes

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____