**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**SOUTHERN DIVISION**

| | |
|---|---|
| Kathleen Bliss, on behalf of herself, the Proposed Nationwide Rule 23 Class, and the Proposed Nevada Subclass,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic, Inc.,<br><br>Defendant. | Case No. 2:18-CV-01280-JAD-EJY<br><br>**STIPULATION TO EXTEND DEADLINES**<br>**(Fourth Request)** |

The parties respectfully request that the Court adopt the modifications to the scheduling order set forth below with respect to Defendant's expert disclosures and both parties' class certification briefing:

1. Deadline for Plaintiff to produce Supplemental Declaration from Alexander Wise for use in Plaintiff's class certification briefing set as March 17, 2023.

2. Deadline for Defendant's class certification expert disclosures extended from February 17, 2023 until April 21, 2023.

3. Deadline for completion of class certification expert discovery, which was inadvertently not addressed in the parties' October 14, 2022 Stipulation to Extend Deadlines (Dkt. 216), is extended from November 17, 2022 to May 12, 2023.

4. Class certification briefing schedule modified as proposed in the table below:

| Filing | Current Deadline | ~~Proposed~~ New Deadline |
|---|---|---|
| Plaintiff's opening class certification brief | March 31, 2023 | June 2, 2023 |
| Defendant's class certification response brief | May 1, 2023 | July 14, 2023 |

1

| Plaintiff's class certification reply brief | May 31, 2023 | August 14, 2023 |
|---|---|---|

This is the fourth request to extend time to file Defendant's expert disclosures and the parties' class certification briefs. (*See* ECF Nos. 86, 155, and 216 (the parties' previous requests).) The existing case schedule has been in place since October 4, 2021. (ECF No. 156.) Since that time, the parties have made significant progress on discovery necessary for class certification. However, the primary outstanding discovery that is relevant to class certification is from third-party telephone vendors. The parties make this request because they are still working to obtain complete data productions from multiple telephone vendors. Securus has agreed to produce, but has not yet begun production of, call data from 16 facilities. Counsel for Securus anticipates that the production will take approximately two weeks. GTL has made two productions to date, but during the 30(b)(6) deposition of the GTL designee, it became apparent that there is additional GTL call data to produce for La Palma Correctional Center, Saguaro Correctional Center, and Northeast Ohio Correctional Center, as well as a potential re-production of call data from Marion County Jail II. GTL's counsel is still confirming the scope of additional production/re-production and has not yet provided a timeframe. Following the Securus production, the parties will need to depose a vendor representative from Securus regarding the call data, and the parties will need time to review the data from both vendors and incorporate it into their analyses.

Date: February 2nd, 2023

| | |
|---|---|
| NICHOLS KASTER, PLLP<br><br>s/ Matthew C. Helland<br>Matthew H. Morgan* MN Bar No. 304657<br>Anna P. Prakash* MN Bar No. 0351362<br>Charles A. Delbridge* MN Bar No. 0386639<br>Rebekah L. Bailey* MN Bar No. 0389599<br>Charles J. O'Meara* MN Bar No. 0402777<br>NICHOLS KASTER, PLLP<br>4700 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Tel: 612.256.3200<br>morgan@nka.com<br>aprakash@nka.com<br>cdelbridge@nka.com | STRUCK LOVE BOJANOWSKI & ACEDO, PLC<br><br>s/ Anne. M. Orcutt<br>Daniel P. Struck<br>Rachel Love<br>Jacob B. Lee<br>Ashlee B. Hesman<br>Anne M. Orcutt<br>Eden G. Cohen<br>3100 West Ray Road, Suite 300<br>Chandler, AZ 85226<br>dstruck@strucklove.com<br>rlove@strucklove.com<br>jlee@strucklove.com<br>ahesman@strucklove.com |

| | |
|---|---|
| bailey@nka.com<br>comeara@nka.com | aorcutt@strucklove.com<br>ecohen@strucklove.com |
| Matthew C. Helland* CA Bar No. 250451<br>NICHOLS KASTER, LLP<br>235 Montgomery St., Suite 810<br>San Francisco, CA 94104<br>Telephone: (415) 277-7235<br>helland@nka.com | Gina G. Winspear<br>DENNETT WINSPEAR<br>3301 North Buffalo Dr., Suite 195<br>Las Vegas, NV 89129<br>gwinspear@dennettwinspear.com<br><br>Attorneys for Defendant CoreCivic, Inc |

Michael Hodgson* MO Bar No. 63677
THE HODGSON LAW FIRM, LLC
3609 SW Pryor Road
Lee's Summit, MO 64082
Tel: 816.600.0117
mike@thehodgsonlawfirm.com

Lance D. Sandage* MO Bar No. 46022
SANDAGE LAW LLC
1600 Genessee Street, Suite 655
Kansas City, MO 64102
Tel: 816.753.0800
lance@sandagelaw.com

Joseph K. Eischens* MO Bar No. 44706
LAW OFFICE OF JOSEPH K. EISCHENS
8013 Park Ridge Dr.
Parkville, MO 64152
Tel: 816.945.6393
joe@jkemediation.com

Paul S. Padda
NV Bar No. 10417
PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: 702.366.1888
psp@paulpaddalaw.com

*Admitted pro hac vice

Attorneys for Plaintiff and the Proposed Classes

**IT IS SO ORDERED:**

*/s/ Elayna J. Youchah*

UNITED STATES MAGISTRATE JUDGE

DATED: February 2, 2023