1   Daniel P. Struck *(admitted pro hac vice)*
    AZ Bar No. 012377
2   Rachel Love *(admitted pro hac vice)*
    AZ Bar No. 019881
3   Jacob B. Lee
    NV Bar No. 012428
4   Ashlee B. Hesman
    NV Bar No. 012740
5   Anne M. Orcutt *(admitted pro hac vice)*
    AZ Bar No. 029387
6   Eden G. Cohen *(admitted pro hac vice)*
    AZ Bar No. 034529
7   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
    3100 West Ray Road, Suite 300
8   Chandler, Arizona  85226
    Telephone:  (480) 420-1600
9   dstruck@strucklove.com
    rlove@strucklove.com
10  jlee@strucklove.com
    ahesman@strucklove.com
11  aorcutt@strucklove.com
    ecohen@strucklove.com
12
    Gina G. Winspear
13  Nevada Bar No. 005552
    DENNETT WINSPEAR, LLP
14  3301 North Buffalo Drive, Suite 195
    Las Vegas, Nevada 89129
15  Telephone: (702) 839-1100
    gwinspear@dennettwinspear.com
16
    *Attorneys for Defendant CoreCivic, Inc.*
17
                    **UNITED STATES DISTRICT COURT**
18
                          **DISTRICT OF NEVADA**
19

| | |
|---|---|
| 20  Kathleen Bliss, on behalf of herself, the Proposed Nationwide Rule 23 Class, and the Proposed Nevada Subclass,<br><br>21<br><br>22                                        Plaintiff,<br><br>23                v.<br><br>24  CoreCivic, Inc.,<br><br>                                        Defendant.<br>25 | NO. 2:18-cv-01280-JAD-EJY<br><br>**STIPULATION TO EXTEND DEADLINES**<br>**(Fifth Request)** |

26          Defendant, CoreCivic, Inc. ("CoreCivic"), and Plaintiff, Kathleen Bliss ("Plaintiff"),

27  respectfully request a one-week extension of the deadlines for CoreCivic's class certification expert

28  disclosure, the completion of class certification expert discovery, and the opening and response

class certification briefs.[1] This is the parties' fifth request to extend these deadlines, but the fourth following remand from the Ninth Circuit. (*See* Dkt. 86, 155, 216, and 222.)

As demonstrated in the parties' prior stipulations and other filings, the parties have been diligently engaged in discovery since the case was remanded, including, as relevant here, production of extensive inmate/detainee call data by third-party inmate/detainee telephone service providers; Rule 30(b)(6) depositions of several third-party inmate/detainee telephone service providers; and a Rule 30(b)(6) deposition of CoreCivic.

**Representations by CoreCivic:** CoreCivic's expert has been working diligently to review and analyze the call data and prepare his expert opinions. In broad terms, this has included normalizing telephone numbers (including attorney numbers that appear to have come from OCR'd paper directories and websites listing bar members), normalizing call data to permit matching of the call detail records against attorney numbers, identify recorded and non-recorded calls, matching facility names, and comparing call data across a large and disparate set of data from many facilities and many telephone services platforms over more than six years. CoreCivic's expert is working to compile this data into two primary tables—one consisting of unique calls across all facilities for the relevant time period, and one consisting of all attorney phone numbers called across all facilities for the relevant time period—but this has unfortunately taken longer than anticipated.

CoreCivic's expert has thus far identified approximately 80,000,000 unique calls and 1,000,000 unique attorney telephone numbers. He has nearly completed his review and analysis of the data and expects to be able to complete his report for disclosure by Friday, April 28, 2023.

Plaintiff is without knowledge as to the work CoreCivic's expert has performed, but is agreeable to the extension. As noted above, the parties are not seeking to extend the deadline for the class certification reply brief. As a result, the requested extension will not affect the timeline for resolution of the class certification motion or the deadlines that are keyed off of that resolution.

The following deadlines are currently in effect:

- Defendant's Class Certification Expert Disclosure: 4/21/23

---

[1] The parties do not seek to extend the deadline for the class certification reply brief.

- Completion of Class Certification Expert Discovery: 5/12/23

- Plaintiff's Opening Class Certification Brief: 6/2/23

- Defendant's Class Certification Response Brief: 7/14/23

- Plaintiff's Class Certification Reply Brief: 8/14/23

The parties respectfully request that the Court extend all deadlines except the Class Certification Reply Brief deadline by one week, as follows:

- Defendant's Class Certification Expert Disclosure: **4/28/23**

- Completion of Class Certification Expert Discovery: **5/19/23**

- Plaintiff's Opening Class Certification Brief: **6/9/23**

- Defendant's Class Certification Response Brief: **7/21/23**

- Plaintiff's Class Certification Reply Brief: 8/14/23

DATED this 21st day of April, 2023.

| NICHOLS KASTER, PLLP | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
|---|---|
| s/ Matthew C. Helland | s/ Jacob B. Lee |
| Matthew H. Morgan* MN Bar No. 304657 | Daniel P. Struck |
| Anna P. Prakash* MN Bar No. 0351362 | Rachel Love |
| Rebekah L. Bailey* MN Bar No. 0389599 | Jacob B. Lee |
| Charles J. O'Meara* MN Bar No. 0402777 | Ashlee B. Hesman |
| NICHOLS KASTER, PLLP | Anne M. Orcutt |
| 4700 IDS Center | Eden G. Cohen |
| 80 South 8th Street | 3100 West Ray Road, Suite 300 |
| Minneapolis, MN 55402 | Chandler, AZ 85226 |
| Tel: 612.256.3200 | dstruck@strucklove.com |
| morgan@nka.com | rlove@strucklove.com |
| aprakash@nka.com | jlee@strucklove.com |
| bailey@nka.com | ahesman@strucklove.com |
| comeara@nka.com | aorcutt@strucklove.com |
|  | ecohen@strucklove.com |
| Matthew C. Helland* CA Bar No. 250451 |  |
| NICHOLS KASTER, LLP | Gina G. Winspear |
| 235 Montgomery St., Suite 810 | DENNETT WINSPEAR |
| San Francisco, CA 94104 | 3301 North Buffalo Dr., Suite 195 |
| Telephone: (415) 277-7235 | Las Vegas, NV 89129 |
| helland@nka.com | gwinspear@dennettwinspear.com |
|  | Attorneys for Defendant CoreCivic, Inc |
| Michael Hodgson* MO Bar No. 63677 |  |
| THE HODGSON LAW FIRM, LLC |  |
| 3609 SW Pryor Road |  |
| Lee's Summit, MO 64082 |  |

Tel: 816.600.0117
mike@thehodgsonlawfirm.com

Lance D. Sandage* MO Bar No. 46022
SANDAGE LAW LLC
1600 Genessee Street, Suite 655
Kansas City, MO 64102
Tel: 816.753.0800
lance@sandagelaw.com

Joseph K. Eischens* MO Bar No. 44706
LAW OFFICE OF JOSEPH K. EISCHENS
8013 Park Ridge Dr.
Parkville, MO 64152
Tel: 816.945.6393
joe@jkemediation.com

Paul S. Padda
NV Bar No. 10417
PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: 702.366.1888
psp@paulpaddalaw.com

*Admitted pro hac vice

Attorneys for Plaintiff and the Proposed
Classes

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  April 21, 2023_____