UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KATHLEEN BLISS, on behalf of herself, the Proposed Nationwide Rule 23 Class, and the Proposed Nevada Subclass,

       Plaintiff,

    v.

CORECIVIC, INC.,

       Defendant.

Case No. 2:18-cv-01280-JAD-EJY

**ORDER**

Before the Court is Defendant's Motion to Seal Documents. No 232. Defendant states it seeks to seal materials containing confidential and proprietary business information and private personal information that is properly sealed. *Id.* at 1-2. Defendant has met its burden to seal as established under *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Seal Documents (ECF No. 232) is GRANTED.

IT IS FURTHER ORDERED that Exhibits 9, Exhibit 12, Attachments K and Q to Exhibit 12, Attachment H to Exhibit 15, Exhibit 20, and Attachment A to Exhibit 20 to Defendant's Response in Opposition to Plaintiff's Motion for Class Certification (Dkt. 228) are and shall remain sealed.

Dated this 22nd day of July, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1