UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KATHLEEN BLISS, on behalf of herself, the Proposed Nationwide Rule 23 Class, and the Proposed Nevada Subclass,

        Plaintiff,

v.

CORECIVIC, INC.,

        Defendant.

Case No. 2:18-cv-01280-JAD-EJY

**ORDER**

Pending before the Court is Plaintiff's Motion to Seal. ECF No 236. Plaintiff seeks a court order sealing Plaintiff's Reply in Support of her Motion for Class Certification, the Declarations, and exhibits. Plaintiff states that the material she seeks to seal has either been previously sealed by the Court or is marked "Confidential / Attorneys' Eyes Only" by Defendant. *Id.* at 1-2.

The Court has reviewed the documents Plaintiff seeks to seal. The Court finds the sealing requested is appropriate.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Seal (ECF No. 236) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Reply in Support of her Motion for Class Certification, the Declarations of Anna P. Prakash, Kathleen Bliss and Alexander Wise, and Exhibits 89 and 90 (ECF Nos. 235, 235-1 – 235-5) are and shall remain sealed.

Dated this 15th day of August, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE