# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# SOUTHERN DIVISION

| | |
|---|---|
| Kathleen Bliss,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CoreCivic, Inc.,<br><br>　　　　　　　Defendant. | Case No. 2:18-CV-01280-JAD-EJY<br><br>**STIPULATION AND ORDER TO DISMISS CASE**<br><br>ECF Nos. 242, 245 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Kathleen Bliss and Defendant CoreCivic, Inc. (collectively, "the parties") stipulate to dismiss this action with prejudice. The parties further stipulate that each party will bear its own fees and costs.

Date: February 26, 2024

| | |
|---|---|
| NICHOLS KASTER, PLLP<br><br>s/Anna P. Prakash<br>Matthew H. Morgan* MN Bar No. 304657<br>Anna P. Prakash* MN Bar No. 0351362<br>Rebekah L. Bailey* MN Bar No. 0389599<br>NICHOLS KASTER, PLLP<br>4700 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Tel: 612.256.3200<br>morgan@nka.com<br>aprakash@nka.com<br>bailey@nka.com<br><br>NICHOLS KASTER, LLP<br>Matthew C. Helland* CA Bar No. 250451<br>235 Montgomery St., Suite 810<br>San Francisco, CA 94104<br>Telephone: (415) 277-7235<br>helland@nka.com<br><br>Michael Hodgson* MO Bar No. 63677<br>THE HODGSON LAW FIRM, LLC | STRUCK LOVE BOJANOWSKI & ACEDO, PLC<br><br>s/Jacob Lee<br>Daniel P. Struck<br>Rachel Love<br>Jacob B. Lee<br>Ashlee B. Hesman<br>3100 West Ray Road, Suite 300<br>Chandler, AZ 85226<br>dstruck@strucklove.com<br>rlove@strucklove.com<br>jlee@strucklove.com<br>ahesman@strucklove.com<br><br>Gina G. Winspear<br>DENNETT WINSPEAR<br>3301 North Buffalo Dr., Suite 195<br>Las Vegas, NV 89129<br>gwinspear@dennettwinspear.com<br><br>Attorneys for Defendant CoreCivic, Inc |

1

3609 SW Pryor Road
Lee's Summit, MO 64082
Tel: 816.600.0117
mike@thehodgsonlawfirm.com

Lance D. Sandage* MO Bar No. 46022
SANDAGE LAW LLC
1600 Genessee Street, Suite 655
Kansas City, MO 64102
Tel: 816.753.0800
lance@sandagelaw.com

Joseph K. Eischens* MO Bar No. 44706
LAW OFFICE OF JOSEPH K. EISCHENS
8013 Park Ridge Dr.
Parkville, MO 64152
Tel: 816.945.6393
joe@jkemediation.com

Paul S. Padda
NV Bar No. 10417
PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: 702.366.1888
psp@paulpaddalaw.com

*Admitted pro hac vice

Attorneys for Plaintiff

**ORDER**

Based on the parties' stipulation **[ECF No. 245]** and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED with prejudice**, each side to bear its own fees and costs. The pending motion for summary judgment **[ECF No. 242] is DENIED** as moot. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 26, 2024

2